...in and for the United States District Court of the Middle District of Florida

8:22 cv 984 MSS-AAS

Captain Harrell Ox Gastong IV AUS

v.

Scott Monique M., et al
in official & out of official
a Hillsborough County Judge
agents Companions Accessories
Others named and un named

The Challenge Adversaria
A motion/Petition the redress of
Grievances Caused in Basis of the
USC Bill of Sovereign Citizens
Rights in Equal Protections and
Immunities from unlawful
acts via Public Servants and other
Sovereign Citizens Acting in Estoppel
and Perjurious mannerizms

Opening Statement

Here Comes Now Captain as
Pro Se Litigant in forma Pauperis
in forma Prima Geniteur w/o
costs or fees and in challenge of
Scott's Sentence to PTD no Bond
and no telephone Rights in err of
Captains USC Bill of Rights
In tampaFl 25apr22

Harrell_47_9Ø2p

LEGAL USE ONLY
BY INMATE BKG#
21-28679
Any other use will result in disciplinary action

25 apr 22  ①

Clerk:
Please file this Brief Short form Petition for Abuses and Violations of USCRA(64) under US Tort Claims Act Seeking Judicial Notices and the appropriate forms package as Harrell a forensic Client Subject to FSss 916 x 107 and a non Prisoner also a 28USC82247 Package    Harrell 47-9020