UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY GASTON HARRELL, III ,

    Plaintiff,

v.                                                                                              Case No.  8:22-cv-984-MSS-AAS

MONIQUE M. SCOTT and AGENTS,
COMPANIONS, ACCESSORIES, AND
OTHERS NAMED AND UNNAMED,

    Defendants.
_____/

**ORDER**

    THIS CAUSE comes before the Court on a one-page, handwritten, untitled document (Doc. 1) filed by Plaintiff, which was used to initiate this case. Plaintiff is currently in the custody of the Hillsborough County Jail and proceeds in this action *pro se*.  Although the document is almost completely unintelligible, Plaintiff appears to sue a Hillsborough County judge and unnamed "agents, companions, accessories, [and] others" in relation to his pretrial detention without bond. (Doc. 1 at 1).

    However, Plaintiff's allegations are not clear, the Court cannot discern the relief he seeks, and he has failed to use a standard complaint form, as required by Local Rule 6.04(a), M.D. Fla.  Therefore, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint, habeas petition, or other complaint using a standard form (which he may request from the Clerk) and to either pay the filing fee or move to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED** without prejudice.

2. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE